UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| FRANCISCO SANCHEZ SANDOVAL,<br>Petitioner,<br>v.<br>WARDEN, Adelanto ICE Processing Center, et al.,<br>Respondents. | No. 5:26-cv-05926-JDE<br><br>AMENDED JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is denied, with prejudice.

Dated: October 20, 2026

JOHN D. EARLY
United States Magistrate Judge